UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 2:18-cr-43
                                                HON. GORDON J. QUIST
PETER LOUIS MESHIGAUD,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 24, 2018, for an arraignment and initial appearance on the indictment charging defendant with domestic assault (2 counts), assault with a dangerous weapon and aggravated sexual abuse. The government has filed a motion for detention and pretrial services has recommended the same. Defense counsel reserved the issue of detention until she has time to consult with defendant and research the case.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                         */s/ Timothy P. Greeley*
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2018